Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Joseph Bartley  **Case Number:** 99-CR-10226-1

**Name of Sentencing Judicial Officer:** Honorable Robert B. Keeton, U.S. District Judge
**Name of Judicial Officer Assigned:** To be assigned

**Date of Original Sentence:** February 28, 2001

**Original Offense:** Possession of Stolen Firearm, in violation of Title 18 U.S.C. 922(j)

**Original Sentence:** 120 months imprisonment to be followed by 24 months supervised release

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** January 12, 2011

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**   **Nature of Noncompliance**

   **I**   **Violation of Standard Condition:** <u>The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.</u>

   On April 20, 2011, Mr. Joseph Bartley tested positive for marijuana.

<u>U.S. Probation Officer Action:</u>   This writer met with Mr. Bartley to address his non-compliant behavior. Mr. Bartley reported that this was an isolated incident. As Mr. Bartley is currently attending substance abuse treatment at AdCare in Boston and is participating in the random urinalysis testing program, the Probation Department recommends no action at this time. The Probation Department will continue to monitor Mr. Bartley's case closely and will notify Your Honor of any further non-compliance.

Reviewed/Approved by:                              Respectfully submitted,

*/s/ Brian McDonald*                       By    */s/ Doris C. Fitzpatrick*
Brian McDonald                                    Doris C. Fitzpatrick
Supervising U.S. Probation Officer                U.S. Probation Officer
                                                  Date: May 5, 2011

[ ]   Approved
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

_____
Signature of Judicial Officer

_____
Date